# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00301-01-CR-W-BCW |
| | ) | |
| RAHEEM HUDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On September 13, 2019, the Grand Jury returned a one-count Indictment charging defendant Hudson with being a felon in possession of firearms.

The following matters were discussed, and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Matthew Moeder
  Case Agent:  Det. Loren Freeman
  Defense: Stephen Moss

**OUTSTANDING MOTIONS**:


**TRIAL WITNESSES**:
  Government: 6-8 with stipulations; 10 without stipulations
  Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
  Government: approximately 25 exhibits
  Defendant: approximately 10 exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
  (  ) Definitely for trial; (X ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
> Government's case including jury selection: 1.5 day(s)
> Defendant: .5 day(s)

**STIPULATIONS**: Possible stipulations as to interstate nexus, felony status and knowledge of felony status.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

> **Witness and Exhibit List**
> > Government: **Due on or before Thursday December 26, 2019.**
> > Defendant: **Due on or before Thursday, December 26, 2019**.

> **Counsel are requested to list witnesses in alphabetical order on their witness list.**

> **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on**

or before Thursday, January 2, 2020.

**Please Note**: Jury instructions must comply with Local Rule 51.1

> **Motion in Limine: None anticipated. Due on or before Thursday, January 2, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for January 6, 2020.

> **Please note:** Government prefers the first week of the docket due to another case (19-00011-01-CR-W-SRB) possibly going the second week. Defendant has no objection.

> **IT IS SO ORDERED**


 */s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE